Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 15−10181−JNP
                            Chapter: 13
                            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sylvia A. Spearman
    333 Holly Court
    Apt 205
    The Woodlands, TX 77381

Social Security No.:
    xxx−xx−5004

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      11/17/16
Time:     02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
fee: $5000.00

EXPENSES
expenses: $91.30

Creditors may be heard before the applications are determined.

      In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 17, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-10181-JNP
Sylvia A. Spearman                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Oct 17, 2016
                             Form ID: 137             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
```
db             Sylvia A. Spearman,    333 Holly Court,   Apt  205,    The Woodlands, TX  77381
cr            +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,    Stratford, NJ 08084-1404
515260989      ADT Security Services Inc.,    PO Box 371967,    Pittsburgh, PA 15250-7967
515292521     +Aaron's,    801 Blackwood Clementon Road,    Lindenwold NJ 08021-5922
515496548     +Aaron's, Inc.,    2800 Canton Road, Suite 900,    Marietta, GA 30066-5477
515260991     +Allentown US Service Center,    160 W Hamilton Street   Ste 500,    Allentown, PA 18101-1939
515260993    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 26078,    Greensboro, NC 27420)
515260995     +CCMUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
515638286     +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515260994      Capital One Bank,    PO Box 70884,    Charlotte, NC 28272-0884
515260997      City of Camden,    69 Devoe Pl,    Hackensack, NJ 07601-6105
515260998     +Dr Leonards/Carol Wrig,    1515 S 21st Street,    Clinton, IA 52732-6676
515260999     +Eastern Account System,    75 Glen Road, Ste. 110,    Sandy Hook, CT 06482-1175
515261000     +Financial Recoveries,    200 E Park Drive, Ste. 100,    Mount Laurel, NJ 08054-1297
515261001      First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
515261002      First Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515261003      First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
515261004      Ginny's,    112 7th Ave.,    Monroe, WI 53566-1364
515322295     +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515261007     +Lawn Doctor of Stratford Turnersville,    PO Box 210,    Ewan, NJ 08025-0210
515261008     +M & T Bank,    c/o Kivitz McKeever Lee PC,    701 Market Street  Ste 5000,
               Philadelphia, PA 19106-1541
515261010      Merchant Services,    PO Box 6010,    Hagerstown, MD 21741-6010
515261012      Midnight Velvet,    112 7th Avenue,    Monroe, WI 53566
515322296     +Midnight Velvet,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515492695     +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
515261013     +NCO Financial 02,    507 Prudential Road,    Horsham, PA 19044-2368
515261014      Orchard Bank,    PO Box 17051,    Baltimore, MD 21297-1051
515261015     +PNC Bank,    c/o MCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
515261017     +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515261018      Santander Consumer,    PO Box 660663,    Dallas, TX 75266-0633
515277776     +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
515282219     +Santander Consumer USA Inc.,    Po Box 961245,    Fort Worth TX 76161-0244
515261019     +Sirring Corporation,    323 5th Street,    PO Box 35,    Eureka, CA 95502-0035
515261020      Society Hill Anesthesia Consultantas,    PO Box 414853,    Boston, MA 02241-4853
515261022     +South Jersey Gas,    Attn: Mrs. Flemming,    PO Box 577,    Hammonton, NJ 08037-0577
515261023      Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
515322665     +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515274233     +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Avenue,
               Stratford, New Jersey 08084-1404
516109036     +U.S. Bank Cust/Pro Capital I, LLC,    1101 Laurel Oak Rd Ste 170,    Voorhees, NJ 08043-4381
515261025      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
515261026      Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
515261027     +Wells Fargo Bank,    1525 W W T Harris Blvd #2C2,    Charlotte, NC 28262-8522
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2016 23:57:11     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2016 23:57:05     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/Text: bankruptcy@southjerseyfcu.com Oct 17 2016 23:57:09     South Jersey FCU,
               1615 Hurffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
515260990     +E-mail/Text: EBNProcessing@afni.com Oct 17 2016 23:57:16     AFNI,    PO Box 3097,
               Bloomington, IL 61702-3097
515358258      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 00:02:06
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
515260992     +E-mail/Text: bankruptcy@pepcoholdings.com Oct 17 2016 23:56:49     Atlantic City Electric,
               PO Box 13610,    Philadelphia, PA 19101-3610
515426075     +E-mail/Text: bankruptcy@pepcoholdings.com Oct 17 2016 23:56:49
               Atlantic City Electric Company,    Pepco Holdings Inc.,    Mail Stop 84CP42,
               5 Collins Drive Ste 2133,    Carneys Point, NJ 08069-3600
515359933     +E-mail/Text: bnc@atlasacq.com Oct 17 2016 23:56:22     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
515261005     +E-mail/Text: bkynotice@harvardcollect.com Oct 17 2016 23:58:01     Harvard Collection,
               4839 N Elston Ave,    Chicago, IL 60630-2589
515261006      E-mail/Text: bankruptcy@icsystem.com Oct 17 2016 23:57:40     IC Systems,    444 Highway 96 East,
               PO Box 64887,    Saint Paul, MN 55164-0887
515261009      E-mail/Text: camanagement@mtb.com Oct 17 2016 23:56:53     M&T Bank,    PO Box 1288,
               Buffalo, NY 14240-1288
515261011     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2016 23:57:04     Midland Funding,
               8875 Aero Drive  Ste 200,    San Diego, CA 92123-2255
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Oct 17, 2016
                              Form ID: 137             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515464319          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 00:20:30
                     Portfolio Recovery Associates, LLC,    c/o Best Buy Or S&H Greenpoints,    POB 41067,
                     Norfolk VA 23541
515384879         +E-mail/Text: bankruptcy@pseg.com Oct 17 2016 23:56:19      PSE&G,    PO Box 490,
                     Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515261016         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2016 23:55:12
                     Portfolio Recovery & Affiliates,    Riverside Center,    120 Corporate Blvd,
                     Norfolk, VA 23502-4952
515297524         +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 17 2016 23:57:21      Premier Bankcard, Llc.,
                     c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515261021         +E-mail/Text: bankruptcy@southjerseyfcu.com Oct 17 2016 23:57:10
                     South Jersey Federal Credit Union,    PO box 5530,    Deptford, NJ 08096-0530
515261024         +E-mail/Text: chegyi@winslowtownship.com Oct 17 2016 23:57:10      Township of Winslow,
                     Dominic Maiese Municipal Complex,    125 South Route 73,    Braddock, NJ 08037-9423
515491435         +E-mail/Text: bknotices@snsc.com Oct 17 2016 23:57:57      U.S. Bank National Association, et al,
                     c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515260996*        +CCMUA,   PO Box 1105,    Bellmawr, NJ 08099-5105
515342491*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                    (address filed with court:   M&T BANK,    PO BOX 1288,    Buffalo, NY 14240)
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              CherylLynn Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Eric Clayman    on behalf of Debtor Sylvia A. Spearman jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Sylvia A. Spearman jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust/Pro Capital I LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
              Stephanie F. Ritigstein    on behalf of Debtor Sylvia A. Spearman jenkins.clayman@verizon.net
                                                                                              TOTAL: 9
```