Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                              Case No.:  15−10181−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sylvia A. Spearman
    333 Holly Court
    Apt 205
    The Woodlands, TX 77381

Social Security No.:
    xxx−xx−5004

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/5/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 5, 2017
JAN: cmf

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-10181-JNP
Sylvia A. Spearman                                                      Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 08, 2017
                              Form ID: 148             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db              Sylvia A. Spearman,    333 Holly Court,   Apt  205,    The Woodlands, TX  77381
cr             +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,    Stratford, NJ 08084-1404
515496548     ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aaron's, Inc.,     2800 Canton Road, Suite 900,    Marietta, GA 30066)
515260989       ADT Security Services Inc.,    PO Box 371967,    Pittsburgh, PA 15250-7967
515260991     #+Allentown US Service Center,    160 W Hamilton Street    Ste 500,    Allentown, PA 18101-1939
515260995      +CCMUA,   PO Box 1105,    Bellmawr, NJ 08099-5105
515638286      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515260997       City of Camden,    69 Devoe Pl,    Hackensack, NJ 07601-6105
515260998      +Dr Leonards/Carol Wrig,    1515 S 21st Street,    Clinton, IA 52732-6676
515260999      +Eastern Account System,    75 Glen Road, Ste. 110,    Sandy Hook, CT 06482-1175
515261000      +Financial Recoveries,    200 E Park Drive, Ste. 100,    Mount Laurel, NJ 08054-1297
515261001       First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
515261004       Ginny's,    112 7th Ave.,    Monroe, WI 53566-1364
515322295      +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515261007      +Lawn Doctor of Stratford Turnersville,    PO Box 210,    Ewan, NJ 08025-0210
515261008      +M & T Bank,    c/o Kivitz McKeever Lee PC,    701 Market Street   Ste 5000,
                 Philadelphia, PA 19106-1541
515261010       Merchant Services,    PO Box 6010,   Hagerstown, MD 21741-6010
515261012       Midnight Velvet,    112 7th Avenue,    Monroe, WI 53566
515322296      +Midnight Velvet,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515492695      +NCEP, LLC,    P.O. Box 15028,    Irving, TX 75016-5028
515261015      +PNC Bank,    c/o MCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
515261017      +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
515261018       Santander Consumer,    PO Box 660663,    Dallas, TX 75266-0633
515261019      +Sirring Corporation,    323 5th Street,    PO Box 35,    Eureka, CA 95502-0035
515261020       Society Hill Anesthesia Consultantas,    PO Box 414853,    Boston, MA 02241-4853
515261022      +South Jersey Gas,    Attn: Mrs. Flemming,    PO Box 577,    Hammonton, NJ 08037-0577
515261023       Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
515322665      +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515274233      +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Avenue,
                 Stratford, New Jersey 08084-1404
516109036      +U.S. Bank Cust/Pro Capital I, LLC,    1101 Laurel Oak Rd Ste 170,    Voorhees, NJ 08043-4381
515261026       Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
515261027      +Wells Fargo Bank,    1525 W W T Harris Blvd #2C2,    Charlotte, NC 28262-8522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2017 23:05:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2017 23:05:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@southjerseyfcu.com May 08 2017 23:05:41     South Jersey FCU,
                 1615 Hurffville Road,    PO Box 5530,   Deptford, NJ 08096-0530
515260990      +EDI: AFNIRECOVERY.COM May 08 2017 22:48:00     AFNI,    PO Box 3097,
                 Bloomington, IL 61702-3097
515292521      +EDI: AAEO.COM May 08 2017 22:49:00     Aaron's,    801 Blackwood Clementon Road,
                 Lindenwold NJ 08021-5922
515358258       EDI: AIS.COM May 08 2017 22:48:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
515260992      +E-mail/Text: bankruptcy@pepcoholdings.com May 08 2017 23:05:09     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
515426075      +E-mail/Text: bankruptcy@pepcoholdings.com May 08 2017 23:05:10
                 Atlantic City Electric Company,    Pepco Holdings Inc.,    Mail Stop 84CP42,
                 5 Collins Drive Ste 2133,    Carneys Point, NJ 08069-3600
515359933      +EDI: ATLASACQU.COM May 08 2017 22:49:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
515260993       EDI: BANKAMER.COM May 08 2017 22:48:00     Bank of America,    PO Box 26078,
                 Greensboro, NC 27420
515260994       EDI: CAPITALONE.COM May 08 2017 22:48:00     Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
515261002       EDI: AMINFOFP.COM May 08 2017 22:48:00     First Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
515261003       EDI: AMINFOFP.COM May 08 2017 22:48:00     First Premier Bank,    PO Box 5147,
                 Sioux Falls, SD 57117-5147
515261005      +E-mail/Text: bkynotice@harvardcollect.com May 08 2017 23:07:00     Harvard Collection,
                 4839 N Elston Ave.,    Chicago, IL 60630-2589
515261006       EDI: IIC9.COM May 08 2017 22:49:00     IC Systems,    444 Highway 96 East,    PO Box 64887,
                 Saint Paul, MN 55164-0887
515261009       E-mail/Text: camanagement@mtb.com May 08 2017 23:05:19     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
515261011      +EDI: MID8.COM May 08 2017 22:48:00     Midland Funding,    8875 Aero Drive   Ste 200,
                 San Diego, CA 92123-2255

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 08, 2017
                              Form ID: 148             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515261013     +E-mail/Text: bankruptcydepartment@tsico.com May 08 2017 23:06:33      NCO Financial 02,
               507 Prudential Road,    Horsham, PA 19044-2308
515261014      EDI: HFC.COM May 08 2017 22:48:00      Orchard Bank,   PO Box 17051,    Baltimore, MD 21297-1051
515464319      EDI: PRA.COM May 08 2017 22:48:00      Portfolio Recovery Associates, LLC,
               c/o Best Buy Or S&H Greenpoints,    POB 41067,   Norfolk VA 23541
515384879     +E-mail/Text: bankruptcy@pseg.com May 08 2017 23:04:37       PSE&G,   PO Box 490,
               Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515261016     +EDI: PRA.COM May 08 2017 22:48:00      Portfolio Recovery & Affiliates,    Riverside Center,
               120 Corporate Blvd,   Norfolk, VA 23502-4952
515297524     +EDI: JEFFERSONCAP.COM May 08 2017 22:49:00      Premier Bankcard, Llc.,
               c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515277776     +EDI: DRIV.COM May 08 2017 22:49:00      Santander Consumer USA Inc.,    P.O. Box 560284,
               Dallas, TX 75356-0284
515282219     +EDI: DRIV.COM May 08 2017 22:49:00      Santander Consumer USA Inc.,    Po Box 961245,
               Fort Worth TX 76161-0244
515261021     +E-mail/Text: bankruptcy@southjerseyfcu.com May 08 2017 23:05:41
               South Jersey Federal Credit Union,    PO box 5530,   Deptford, NJ 08096-0530
515261024     +E-mail/Text: chegyi@winslowtownship.com May 08 2017 23:05:43       Township of Winslow,
               Dominic Maiese Municipal Complex,    125 South Route 73,   Braddock, NJ 08037-9423
515491435     +E-mail/Text: bknotices@snsc.com May 08 2017 23:06:46       U.S. Bank National Association, et al,
               c/o SN Servicing Corporation,    323 Fifth Street,   Eureka, CA 95501-0305
515261025      EDI: VERIZONCOMB.COM May 08 2017 22:49:00      Verizon,   PO Box 4830,    Trenton, NJ 08650-4830
                                                                                               TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515260996*    +CCMUA,   PO Box 1105,   Bellmawr, NJ 08099-5105
515342491*   ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
              (address filed with court:   M&T BANK,    PO BOX 1288,   Buffalo, NY 14240)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:

```
         CherylLynn Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
         Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Eric Clayman    on behalf of Debtor Sylvia A. Spearman jenkins.clayman@verizon.net
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Jeffrey E. Jenkins    on behalf of Debtor Sylvia A. Spearman jenkins.clayman@verizon.net,
          jenkins.clayman@verizon.net
         Joshua I. Goldman    on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Linda S. Fossi    on behalf of Creditor   US Bank Cust/Pro Capital I LLC lfossi@zeitzlawfirm.com,
          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         Robert J. Malloy    on behalf of Creditor   South Jersey FCU ecf.rjmalloylaw@gmail.com
         Stephanie F. Ritigstein    on behalf of Debtor Sylvia A. Spearman jenkins.clayman@verizon.net
                                                                                               TOTAL: 11
```